APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Nicole M. Farley
(Please print)

STREET ADDRESS: 10115 S. Emerald

CITY/STATE/ZIP: Chicago, IL 60628

PHONE NUMBER: 773 642-0770

CASE NUMBER: 10cv2492
Judge Harry D. Leinenweber
Magistrate Michael T. Mason

_____  4/22/10
Signature                   Date

FILED
APR 2 2 2010 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT